FILED 28 SEP '17 12:24 USDC-ORE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

CASE # 1765-0927-2980-1

FIS # 10400320

United States of America
v.

Mauricio Lima

*Defendant*

Case No. 6:17-MJ-144-JR

## ARREST WARRANT        ORIGINAL

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Mauricio Lima**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Methamphetamine and Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846

Date: 9/25/17

City and state:   Eugene, Oregon

*signature*

for Jo____ Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/25/17, and the person was arrested on *(date)* 9/27/17 at *(city and state)* _____ |
| Date: 9/28/17       *Arresting officer's signature* |
| SA JEFFREY SCHILTZ, FBI |
| *Printed name and title* |